# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TYLER HINES,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) No. 1:21-cv-01209-STA-jay |
| **INSOUTH BANK and RAWLS FUNERAL HOME,** | ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation that the Court dismiss Plaintiff's Complaint (ECF No. 9) submitted on October 17, 2022. Plaintiff filed no objections. Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the proceedings, the Court **ADOPTS** the Report and Recommendation, and Plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

        s/ S. Thomas Anderson
        S. THOMAS ANDERSON
        CHIEF UNITED STATES DISTRICT JUDGE
        Date: November 7, 2022